In the Matter of the Estate of WARNER M. LEEDS, Deceased.

STATE TAX COMMISSION, Appellant; THOMAS M. DAY et al., as Executors of WARNER M. LEEDS, Deceased, Respondents.

Argued February 27, 1939; decided April 4, 1939.

*Harry T. O'Brien, Jr.,* and *Mortimer M. Kassell* for appellant.

*Ernest Brooks, Jr., John B. Nash* and *Norman H. Cooper* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.